United States District Court

Western District of Texas

Kevin Sells

_____

Plaintiff                                                                                  Case No: 1:24CV00705

Vs.

FLAGSTAR BANK,

WILMINGTON TRUST, NATIONAL ASSOCIATION,

ONSLOW BAY FINANCIAL LLC

_____

Defendant

## AMENDED MOTION TO COMBINE RELIEF FROM STATE AND FEDERAL CASES

### Introduction and Background

This Amended Complaint is filed to update the relief sought by the Plaintiff, Kevin Sells, to reflect the merger of the state and federal cases. The Plaintiff hereby incorporates by reference all factual statements, claims, and requests for relief as set forth in the original complaint and prior filings, including but not limited to the Motion to Compel Discovery under Rule 26 FRCP and the Affidavit of Facts.

This case originally commenced as two separate actions: one in state court seeking relief for the foreclosure of $472,000 and another in federal court seeking $800,000 for additional damages related to federal statutory violations, including contractual fraud. These cases have since been merged into this single federal proceeding.

## Combining Relief from State and Federal Cases

The Plaintiff, Kevin Sells, respectfully submits this amended motion to combine the relief sought in both the state and federal cases into one consolidated request for $1,272,000.00. This combined amount includes:

- **$472,000** from the state court foreclosure action, which was based on the direct consequences of the foreclosure and the damages incurred due to the improper handling and mismanagement of the mortgage agreement.
- **$800,000** from the federal action, which addresses additional damages resulting from the Defendants' violations of federal laws, including but not limited to the Real Estate Settlement Procedures Act (RESPA), the Fair Debt Collection Practices Act (FDCPA), and contractual fraud involving misrepresentation and improper documentation.

Given that these cases have been merged, it is both logical and legally appropriate to combine the relief amounts to reflect the total damages incurred by the Plaintiff under both state and federal laws.

## Legal Justification for Combined Relief

1. **Jurisdiction and Authority**:
    - The federal court now has jurisdiction over both the state-based foreclosure claims and the broader federal statutory violations. Under the Federal Rules of Civil Procedure, the court is empowered to adjudicate the combined claims and award damages that reflect the totality of the harm suffered by the Plaintiff.
2. **Separate Legal Grounds for Combined Damages**:

- The $472,000 represents the direct damages related to the foreclosure under state law, while the $800,000 represents additional damages for violations of federal law. These are distinct but related claims that, when combined, provide a full picture of the harm done by the Defendants' actions.
- By merging these claims into one request for relief, the Plaintiff ensures that all aspects of the damages are considered together, allowing for a more comprehensive and just resolution.

### Request for Amended Relief

Wherefore, in light of the merger of the state and federal cases, the Plaintiff respectfully requests that this Court:

1. **Grant the Combined Relief**: Award the Plaintiff a total of **$1,272,000.00** in damages, reflecting the combined relief sought in the state and federal actions.
2. **Grant the Plaintiff's Other Demands as Stated**: In addition to the monetary relief, the Plaintiff reiterates and requests the Court to grant all other forms of relief previously sought, including but not limited to the production of documents, the compelling of discovery, and the subpoena of the original note or instrument as specified in the Plaintiff's original and amended complaints.
3. **Provide Any Additional Relief Deemed Just and Proper**: The Plaintiff also requests any further relief that the Court finds just and proper under the circumstances.

### Conclusion

In conclusion, the Plaintiff's request to combine the relief from both the state and federal cases into one total amount of $1,272,000.00 is fully justified given the nature of the merged proceedings and the distinct legal claims involved. The Plaintiff respectfully requests that the Court grant this amended motion to ensure a fair and comprehensive resolution of the claims presented.

I Kevin Sells declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____

[Made pursuant to Title 28USCA Section 1746]

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this document Plaintiff's Amended Complaint was served on all Defendants below, via email and certified mail at the address on August 30, 2024:

**Kathryn Buza Davis**
McGlinchey Stafford PLLC
1001 McKinney St
Suite 1500
Houston, TX 77002
(713) 520-1900
Fax: (713) 520-1025
Email: kdavis@mcglinchey.com

/s/ Kevin S. Sells
Kevin S. Sells
512-924-7355
sellsk@startmail.com
885 CR 480,
Thrall, TX 76578